Ammon Clemens, Utah Bar # 18885
133 W Northwood Ln, Unit 203
Provo, Utah 84604
Phone: (270) 871-8167
Email: ammon.clemens@gmail.com
Local Counsel

Jason C. Greaves, *pro hac vice forthcoming*
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com

*Counsel for Plaintiff Alexis Wilkins*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS, | COMPLAINT<br>JURY DEMANDED |
| *Plaintiff,* | |
| v. | Case No.: 2:25-cv-00987 |
| SAMUEL B. PARKER, | Honorable: _____ |
| *Defendant.* | |

1.    Defendant Samuel Parker has repeatedly lied about Alexis Wilkins, falsely asserting and suggesting that she—an American-born country singer—is an agent of a foreign government, assigned to manipulate and compromise the Director of the FBI. Defendant, who recently failed in his bid for the U.S. Senate, is using this fabricated story as fund-raising click-bait, and has spread it to over 1.3 million viewers. Accordingly, Ms. Wilkins seeks to hold Defendant accountable for his malicious and knowing lies.

## PARTIES

2.    Plaintiff Alexis Wilkins is an individual who is a resident and citizen in the State of Tennessee.

3.    Defendant Samuel B. Parker is an individual who is a resident and citizen of the State of Utah.

## JURISDICTION AND VENUE

4.    This Court has subject matter jurisdiction over this cause of action pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship, and the amount in controversy exceeds $75,000.

5.    Defendant is subject to personal jurisdiction pursuant to Utah Code Ann. § 78B-3-205 because Defendant resides and transacts business within this District.

6.    This Court is the proper venue pursuant to 28 U.S.C. § 1391(b) as a substantial amount of events giving rise to this claim occurred within this District.

## FACTUAL BACKGROUND

7.    Ms. Wilkins is an American, born in the United States. She is a patriotic, conservative, Christian, country music artist and published writer, who also works for a conservative advocacy and education company, PragerU.

8.    She is in a long-term relationship with FBI Director Kashyap "Kash" Patel, which began in January 2023. This was widely known, and Ms. Wilkins has posted photos of herself with Mr. Patel on Instagram as early as January 2024. On November 30, 2024, newly re-elected President Donald J. Trump announced his intention to nominate Kash Patel as the next Director of the Federal Bureau of Investigation ("FBI"). On February 20, 2025, the U.S. Senate confirmed Mr. Patel to that position.

9.    Defendant ran for United States Senate in Utah in 2018. He was eliminated at the party convention.

10.    Defendant has since become a social media personality and maintains active donation links for people supporting his social media posts.

11. Defendant began a vicious attack against Ms. Wilkins on February 23, 2025, with an X thread of posts titled, "WHO IS ALEXIS WILKINS--Girlfriend of Kash Patel?"[1]



12.    In this thread, Defendant juxtaposed a series of statements implying that Ms. Wilkins is an agent of a foreign government who began a relationship with Dir. Patel to manipulate and compromise him in dereliction of his sworn duty as FBI Director.

13.    Defendant began by stating, "Alexis Wilkins *was* a devout 24-yr old Christian." (emphasis added). He then discussed Ms. Wilkins meeting Dir. Patel and Ms. Wilkins' employment.

14.    From there, Defendant stated, "Is she really this talented? Is she the 'All-American Dream Girl' that can just do it all? And if so (or not), is her rise organic? Let's investigate."[2]

15.    Next, Defendant delved into "Alexis's Biographical Details."[3]

16.    Then Defendant addressed the fact that Ms. Wilkins is "allegedly" a Christian, and then disturbingly posted:

> I think it's a fair question to ask why a young devout Christian woman pining for traditional Christian values is dating an Indian Hindu man old enough to be her father? A man who swore his oath of allegiance to America on the Bhagavad Gita. Is all that 'Old-Fashioned?'[4]

17.    Defendant then discussed "Israeli Influence on Alexis," noting her relationships with PragerU and The Daily Wire, and stating:

> PragerU is run by Marissa Streit, who served in the IDF Unit 8200 (roughly equivalent to the NSA)--who has sworn an oath of loyalty to

[2] Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 10:57 PM), https://x.com/BasedSamParker/status/1893872819723010174.

[3] Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 10:57 PM), https://x.com/BasedSamParker/status/1893872825418813858.

[4] Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 10:57 PM), https://x.com/BasedSamParker/status/1893872830506471500.

israel [sic]. [In other words], PragerU is an operation of israeli [sic] intelligence. Everyone knows about The Daily Wire and where their allegiance belongs.[5]

18.    And Defendant then called Ms. Wilkins a "Mouthpiece for PragerU & The Zionist Agenda," and stated: "Below you can watch various videos of Alexis presenting pro-israel/pro-jwish [sic] propaganda for PragerU."[6]

19.    Defendant then discussed Ms. Wilkins's apparent "Relationships To Other Known Pro-israel [sic] zionist Organizations: TPUSA & YAF," and "Zionist/ConInc Media Footprint."[7]

20.    Next, Defendant discussed Mr. Wilkins's career as a country musician and her pro-America song, "My Country Back," before stating:

> How is joining with Hindus & Indians--as a Christian American-- supposed to help us channel a 'heritage rebellion' to get our country back? She is actually reinforcing the new & false ConInc/zionist premise that America is about ideas, paper & multiculturalism--rather than blood, soil & religion. She is another trendy, pretty, talented vessel they're promoting to continue pushing the transformation of America.[8]

21.    From there, Defendant discussed Ms. Wilkins' "Ties to Intelligence," stating:

---

[5] Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 10:57 PM), https://x.com/BasedSamParker/status/1893872834818253081; Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 10:57 PM), https://x.com/BasedSamParker/status/1893872840300261649.

[6] Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 10:57 PM), https://x.com/BasedSamParker/status/1893874114764669219.

[7] Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 11:09 PM), https://x.com/BasedSamParker/status/1893875963441869067; Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 11:36 PM), https://x.com/BasedSamParker/status/1893882728669642921.

[8] Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 11:43 PM), https://x.com/BasedSamParker/status/1893884437046101018; Sam Parker (@BasedSamParker), X (Feb. 23, 2025, 11:55 PM), https://x.com/BasedSamParker/status/1893887363157495924.

Not only is she now dating the director of the FBI, Kash Patel, but she is also the press secretary of Abe Hamadeh, a Captain in US Military Intelligence and a newly member of Congress. One might ask how an undergrad from Belmont College has achieved these ties.[9]

22.    Building on this, Defendant stated:

On the surface, Alexis's meteoric rise is a true "American Dream." But is that all there is to her?

What we have in Alexis Wilkins is an allegedly devout trad Christian woman hooking up with a much older Hindu Indian man (not so trad or Christian), working for a Syrian Muslim, partnered up to her eyeballs with jws [sic], promoting israeli [sic] propaganda.

I feel like there's more going on here. Maybe someone should tell her the truth about the Armenian Genocide.[10]

23.    And wrapping up, Defendant stated, "Again, why is a 24-yr devout Christian, hooking up with a Hindu Indian, old enough to be her dad, at a Christian Nationalist conference? Weird," and then asked for money for his "hard work and research" into Ms. Wilkins.[11]

24.    He concluded his thread with "Now go catch up on how Ashley St. Clair might be an israeli [sic] honeypot operation," citing to another thread.[12] This made it evident that Defendant was also calling Ms. Wilkins a "honeypot," *i.e.*, an agent of a

---

[9] Sam Parker (@BasedSamParker), X (Feb. 24, 2025, 12:01 AM), https://x.com/BasedSamParker/status/1893888917180649741.

[10] Sam Parker (@BasedSamParker), X (Feb. 24, 2025, 12:15 AM), https://x.com/BasedSamParker/status/1893892465910010070.

[11] Sam Parker (@BasedSamParker), X (Feb. 24, 2025, 1:02 AM), https://x.com/BasedSamParker/status/1893904359962144865; Sam Parker (@BasedSamParker), X (Feb. 24, 2025, 1:03 AM), https://x.com/BasedSamParker/status/1893904453025063171.

[12] Sam Parker (@BasedSamParker), X (Feb. 24, 2025, 1:04 AM), https://x.com/BasedSamParker/status/1893904749088350547.

foreign government who began a relationship with another for purposes of manipulating and compromising them.

25.    In all of this, by (1) going through Ms. Wilkins's relatively quiet upbringing and questioning her recent successes; (2) speculating whether Ms. Wilkins is actually a Christian; (3) questioning the circumstances of Ms. Wilkins's relationship with Dir. Patel; (4) discussing alleged Israeli influence on Ms. Wilkins; (5) concluding with "I feel like there's more going on here;" and then (6) immediately citing another one of his alleged "honeypot" examples, Defendant clearly implied that Ms. Wilkins, herself, is secretly working on behalf of a foreign government, Israel, to compromise Dir. Patel. Essentially, he accused her of espionage on behalf of a foreign government, which was understood by ordinary readers and viewers.

26.    These outrageous implications are entirely false.

27.    Defendant has unambiguously endorsed these implications.

28.    In response to a third-party commenting on Defendant's thread, saying, "Oh so she's the honey trap !" Defendant responded with an emoji affirming that comment.



29.    Defendant posted similar affirming emojis several times:



30.    Defendant reaffirmed his intention on February 28, 2025, when he suggested Ms. Wilkins' presumed Israeli status is why the Epstein files have not yet been publicly released:



31.    Defendant then stated that Ms. Wilkins, "does lots of content for israel [sic]" before crossing out "israel" and replacing it with "PragerU":



32.    Defendant raised his Epstein files theory again on July 21, 2025:



33.    Defendant then directed readers back to his original February 23, 2025,

thread, saying, "Get the complete dossier on Alexis Wilkins in this thread.":



34.    He then asked, once again, for money to continue publishing his maliciously defamatory lies about Ms. Wilkins:



35.    Defendant's supporters certainly interpreted Defendant's comments to be calling Ms. Wilkins a "honeypot":





36.     Defendant's statements resulted in one of Defendant's supporters even threatening Ms. Wilkins with violence, saying "She may not be jewish [sic] but she's still going in the oven":



37.     Defendant knew his implications were false; however, he published them because of his animus and motive for profit.

38.    And from a different account, on July 21, 2025, Defendant took it a step further and directly called Ms. Wilkins a "honey," short, in this context, for "honeypot"[13]:



[13] Sam Parker (@SamParkerSenate), X (Jul. 21, 2025, 6:39 PM), https://x.com/SamParkerSenate/status/1947426278984061327.

39.    Defendant then directed readers back to his original thread from February 23, 2025, from his other X account:



40.    Defendant's followers again interpreted this statement to mean Defendant was calling Ms. Wilkins a "honeypot":





41.    These allegations are all categorically false. Ms. Wilkins is not now and has never been an agent for any intelligence agency, and is certainly not in a relationship with Dir. Patel to "compromise" him.

42.    Defendant knowingly fabricated this story at the expense of Ms. Wilkins to obtain personal profit while maliciously proselytizing his political and rabidly antisemitic agenda. Minimally, Defendant acted negligently in doing so.

## CAUSES OF ACTION
### COUNT I
### (Defamation and Defamation *Per Se*)

43.    Plaintiff incorporates by reference the above paragraphs as though set forth fully herein.

44.    In the X posts discussed above, Defendant defamed Ms. Wilkins, claiming she is a "honey," short for "honeypot."

45.     To be a "honeypot" means to be an agent of a foreign government who began a relationship with someone in another governmental capacity for purposes of compromising them.

46.     In this case, Defendant asserts that Ms. Wilkins is an agent of Israel, engaged in espionage and working for Israel to compromise Dir. Patel.

47.     This insidious assertion is categorically false. Ms. Wilkins is a Christian, American-born, United States citizen, and is unaffiliated with any intelligence agency, much less the government of Israel. Ms. Wilkins has never even been to Israel.

48.     Defendant published the defamatory statements and implications on X, knowing that they were false or with reckless disregard for the truth. There is absolutely no basis—outside of Defendant's ugly and unapologetic racism and antisemitism—to accuse Ms. Wilkins, an American-born country singer, of being a foreign agent, engaged in espionage. Defendant entirely fabricated a story to claim she is because he has obvious animus toward Dir. Patel for his heritage—repeatedly calling him an "Indian" as a derogatory suggestion that he is not American—and toward Ms. Wilkins for being in a relationship with Dir. Patel. Dir. Patel is an American-born citizen. Defendant repeatedly called attention to the fact that Dir. Patel is Hindu and took his oath of office over the Hindu holy book—implying that Dir. Patel is not loyal to his own country, and that his oath was less legitimate than a Christian's oath would be if taken with their hand on a Bible. Defendant projects his animus for Dir. Patel onto Ms. Wilkins because of her relationship with Dir. Patel,

making the bigoted suggestion that their interracial relationship is inconsistent with "Chistian values" and that Ms. Wilkins would not date an "Indian Hindu" like Dir. Patel if not for the ulterior motive of being a "honeypot" for Israel.

49.    Defendant also has obvious animus toward Jewish persons and the Jewish state of Israel, which he projects onto Ms. Wilkins for the temerity of having Jewish friends and colleagues and for publicly supporting Israel's right to exist and defend itself as a Jewish state. Defendant repeatedly and intentionally fails to capitalize the first letter of the words 'Israel' and 'Jew,' and consistently misspells the words "jws" and "jwish," further evidencing hostile intent, scorn, and disdain for the Jewish people.

50.    At no point did Defendant reach out to Ms. Wilkins. She has publicly stated that Defendant's accusations are false. And Defendant knew that Ms. Wilkins's relationship with Dir. Patel began before he was the Director of the FBI. Still, Defendant has pressed on with his lies. Minimally, Defendant has acted negligently; however, his obvious animus toward Ms. Wilkins, combined with the pattern and inherently ludicrous nature of his assertions, are ample evidence to show that he acted with actual malice.

51.    The defamatory statements constitute defamation *per se* because they impute criminal conduct and unchastity.

52.    The defamatory statements have directly and proximately caused Ms. Wilkins to suffer significant damages, including damage to her reputation,

humiliation, and embarrassment, the nature of which are ongoing and long lasting. These damages were foreseeable and intended by Defendant.

53.    Defendant published the defamatory statements knowingly, intentionally, willfully, wantonly, and maliciously, with intent to harm Ms. Wilkins, or in blatant disregard for the substantial likelihood of causing her harm, thereby entitling Ms. Wilkins to an award of punitive damages.

54.    As a direct and proximate result of the misconduct of Defendant, Ms. Wilkins is entitled to compensatory, special, and punitive damages, in the sum of $5,000,000.00, or such greater amount as is determined by the jury.

<u>COUNT II</u>
(Defamation by Implication)

55.    Plaintiff incorporates by reference the above paragraphs as though set forth fully herein.

56.    Defendant began a thread of posts on X on February 23, 2025, putting together a series of purported facts, the gist of the statements being that Ms. Wilkins is a "honeypot," *i.e.*, a foreign agent of Israel who began a relationship with Dir. Patel to compromise him and boost her own career.

57.    As discussed above, this is entirely false. Ms. Wilkins is a Christian, American-born, United States citizen, and is unaffiliated with the government of Israel.

58.    The implications of Defendant's statements alleged herein are entirely reasonable to have been drawn, as evidenced by Defendant's commenters likewise believing that Defendant was asserting that Ms. Wilkins is a "honeypot."

59.     As discussed above, Defendant intended this inference, and knew his implications were a fabrication, or he acted with reckless disregard for their falsity. There is absolutely no basis to suggest Ms. Wilkins is an agent of Israel or any other foreign country.

60.     The inference is defamatory as it leads to hatred, distrust, ridicule, contempt, and/or disgrace for Ms. Wilkins, and leaves the interpretation that Ms. Wilkins has committed various crimes, including treason.

61.     Defendant published the defamatory implication knowingly, intentionally, willfully, wantonly, and maliciously, with intent to harm Ms. Wilkins, or in blatant disregard for the substantial likelihood of causing her harm, thereby entitling Ms. Wilkins to an award of punitive damages.

62.     As a direct and proximate result of the misconduct of Defendant, Ms. Wilkins is entitled to compensatory, special, and punitive damages, in the sum of $5,000,000.00, or such greater amount as is determined by the jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Alexis Wilkins respectfully requests this Court enter a judgment in her favor and grant relief against Defendant as follows:

    a.  An award of compensatory, special, and punitive damages of five million dollars ($5,000,000.00); and

    b.  Such other and further relief as the Court deems just and appropriate to protect Plaintiff's rights and interests.

## Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

Dated: October 31, 2025

ALEXIS WILKINS
*By Counsel*

Respectfully submitted,

Ammon Clemens

Jason C. Greaves, *pro hac vice forthcoming*

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com

*Counsel for Plaintiff*