Ammon Clemens, Utah Bar No. 18885
Keen Law Offices
39 S 400 W
Orem, UT 84058
(270) 871-8167
ammon@keen.law
Attorney for the Plaintiff

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Alexis Wilkins,<br><br>    Plaintiff,<br>v.<br><br>Samuel B. Parker,<br><br>    Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:25-cv-00987-RJS<br><br>District Judge: Robert J. Shelby |

    I move for the pro hac vice admission of Jason C. Greaves as counsel for Alexis Wilkins, and I consent to serve as local counsel. I am an active member of this court's bar.

    The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

  DATED: November 14, 2025.

                                                        */s/ Ammon Clemens*
                                                        Signature