THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Alexis Wilkins,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Samuel B. Parker,<br><br>　　　　　Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:25-cv-00987-RJS |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jason C. Greaves. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this ____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　Title