

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

Local Counsel: Ammon Clemens
Firm: Keen Law Offices, LLC
Address: 39 S. 400 W.
Orem, UT 84058

Telephone: (270) 871-8167
Email: Ammon@Keen.Law

Pro Hac Vice Applicant: Jason C. Greaves
Firm: Binnall Law Group
Address: 717 King St.
Ste #200
Alexandria, VA 22314

Telephone: (703) 888-1943
Email: Jason@Binnall.com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Virginia | 86164 | 12/4/2013 |
| Texas | 24124953 | 9/24/2021 |
| Florida | 1059179 | 9/30/2024 |
| See attached addendum. | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☑ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| Certification | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☑ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☑ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☑ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☑ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☑ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☑ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_[signature]_
Signature

Date: 11/10/2025

2

## LIST OF ALL BAR MEMBERSHIPS

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status with Court |
|---|---|---|---|
| Virginia | 86164 | 12/04/2013 | Active |
| District of Columbia | 1033617 | 08/08/2016 | Active |
| Texas | 24124953 | 09/24/2021 | Active |
| Maryland | 2310170002 | 10/17/2023 | Active |
| Florida | 1059179 | 09/30/2024 | Active |
| U.S. Supreme Court | 322650 | 09/06/2024 | Active |
| U.S. Court of Appeals 4th Circuit | 86164 (VA) | 04/01/2014 | Active |
| U.S. Court of Appeals D.C. Circuit | 63336 | 11/03/2021 | Active |
| U.S. Court of Appeals 5th Circuit | 24124953 (TX) | 03/09/2022 | Active |
| U.S. District Court E.D. Va. | 86164 (VA) | 03/28/2014 | Active |
| U.S. District Court W.D. Va. | 86164 (VA) | 03/09/2018 | Active |
| U.S. District Court D.D.C. | 1033617 (DC) | 05/03/2021 | Active |
| U.S. District Court E.D. Tex. | 24124953 (TX) | 03/04/2022 | Active |
| U.S. District Court W.D. Tex. | 24124953 (TX) | 05/09/2022 | Active |
| U.S. District Court N.D. Tex. | 24124953 (TX) | 09/06/2023 | Active |
| U.S. District Court D. Md. | 31111 | 05/20/2024 | Active |
| U.S. District Court S.D. Fla. | 1059179 (FL) | 11/12/2024 | Active |
| U.S. District Court M.D. Fla. | 1059179 (FL) | 11/21/2024 | Active |
| U.S. Bankruptcy Court E.D. Va. | 86164 (VA) | 07/14/2015 | Active |