THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Alexis Wilkins,<br><br>           Plaintiff,<br><br>v.<br><br>Samuel B. Parker,<br><br>           Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:25-cv-00987-RJS |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Peter J. Abernathy. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this \_\_\_\_ day of _____, 20_____.

                                                    BY THE COURT:

                                                    _____
                                                    Name
                                                    Title