# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEXIS WILKINS,<br><br>              Plaintiff,<br><br>v.<br><br>SAMUEL B. PARKER,<br><br>              Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:25-cv-00987-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

    Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jason C. Greaves (Motion) (ECF 6). Based on the Motion and for good cause appearing,

    **IT IS HEREBY ORDERED** that the Motion is GRANTED.

    DATED this 18 November 2025.

                                                                   Magistrate Judge Cecilia M. Romero
                                                                   United States District Court for the District of Utah