# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| Alexis Wilkins | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00987-RJS |
| Samuel B. Parker | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samuel B. Parker, 974 S 500 E, Salt Lake City, UT 84105-1119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ammon Clemens, Keen Law Offices, 39 S 400 W Orem, UT, 84058 (Local Counsel)
> Jason C. Greaves, Binnall Law Group 717 King St., Ste. #200, Alexandria, VA 22314
> Peter J. Abernathy, Binnall Law Group 717 King St., Ste. #200, Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 11/20/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00987-RJS-CMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SAMUEL PARKER was received by me on *(date)* Feb 4, 2026, 1:14 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Patrick Parker , a person of suitable age and discretion who resides there, on *(date)* Wed, Feb 04 2026 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/04/2026

*Server's signature*

Greg Schermerhorn
*Printed name and title*

2117 104th Ave E R301, Edgewood, WA 98372
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 4, 2026, 12:26 pm PST at 2408 Foron Road, Centralia, WA 98531 received by Patrick Parker. Age: 70; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'8"; Hair: Brown; Relationship: Father;
Other: Mailed another copy of the documents via first-class mail on February 5, 2026.

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT JURY DEMANDED; CIVIL COVER SHEET; ORDER TO PROPOSE SCHEDULE