Ammon P. Clemens, Utah Bar # 18885
KEEN LAW OFFICES LLC
39 S 400 W
Orem, Utah 84058
Phone: 801-374-5336
Email: ammonc@keen.law

Jason C. Greaves, Limited Appearance
Peter J. Abernathy, Limited Appearance
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
　　　　peter@binnall.com

*Counsel for Plaintiff Alexis Wilkins*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMUEL B. PARKER,<br><br>*Defendant.* | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE<br><br>Case No. 2:25-cv-00987<br><br>Hon. Robert J. Shelby |

On February 2, 2026, the Court issued an Order for Plaintiff Alexis Wilkins to show cause why this matter should not be dismissed for failure to effect proper service of process. Doc. 13. Plaintiff, by counsel, respectfully answers as follows.

1

Since the Court's Order, Plaintiff has successfully served Defendant with Process. *See* Dkt. No. 14. Plaintiff attempted to serve Defendant at two different addresses in Utah. Each attempt, however, was unsuccessful. At the first address, the current resident stated that Defendant had moved to Arizona ten years ago. Exhibit A. At the second address, a neighbor stated that the unit had been vacant for roughly six months. Exhibit B. After extensive research into Defendant's whereabouts, Plaintiff was finally able to determine that Plaintiff has been living with his parents. With this information, Plaintiff was able to successfully serve Defendant via substituted service on his father on February 4, 2026.

In sum, Plaintiff made multiple attempts to serve Defendant at his known addresses. Once Plaintiff determined, however, that Defendant was now living with his parents, Plaintiff immediately effectuated service.

For the foregoing reasons, Plaintiff respectfully requests that the Court dismiss its Order to Show Cause.

Dated: February 13, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, Limited Appearance
Peter Abernathy, Limited Appearance
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
peter@binnall.com

Ammon P. Clemens, Utah Bar # 18885
KEEN LAW OFFICES LLC

39 S 400 W
Orem, Utah 84058
Phone: 801-374-5336
Email: ammonc@keen.law

*Counsel for Plaintiff Alexis Wilkins*

## CERTIFICATE OF SERVICE

I certify that on February 13, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason Greaves, Limited Appearance

*Counsel for Plaintiff Alexis Wilkins*
