# EXHIBIT A

AFFIDAVIT OF SERVICE

P25651665

BINNALL LAW GROUP    SHAWNAY FAIRCLOTH
UNITED STATES DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS | index No. 2:25-CV-00987-RJS-CMR |
| PLAINTIFF | Date Filed |
| - vs - | File No. |
| SAMUEL B. PARKER | Court Date: |
| DEFENDANT | AFFIDAVIT OF SERVICE |

STATE OF  Utah _____, COUNTY OF  Washington _____ :SS:

Ray Christensen _____, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of  Utah _____.

On  December 6, 2025 _____ at  03:08 pm _____,

at  974 S 500 E  SALT LAKE CITY, UT 84105 _____,

deponent served the within **JURY DEMAND, SUMMONS AND COMPLAINT** on: **SAMUEL B. PARKER** , the **DEFENDANT** therein named.

_____#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

_____#2 CORPORATION    By delivering a true copy of each personally to _____ ,

Deponent knew the person to be serve to be the (title)

_____
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

_____#3 SUITABLE    By delivering a true copy of each to _____ a
AGE PERSON    person
of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

_____#4 AFFIXING    By affixing a true copy of each to the door of said premises, which is
TO DOOR    **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by _____

_____#5 MAIL COPY    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper

addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

_____#6 DESCRIPTION    Deponent describes the person served as aforesaid to the best of
(USE WITH #1, 2 OR 3)    deponent's ability at the time and circumstances of the service as follows.
Sex:_____    Color:_____    Hair:_____
Age:_____    Height:_____    Weight:_____
OTHER IDENTIFYING FEATURES: _____

_____#7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

_____#8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

X  #9 OTHER  Subject moved to Arizona 10 years ago per current resident (Rosenberg)

Sworn to before me this

8th  day of  December 2025

_____
NOTARY NAME & DATE

Ray Christensen, A133021

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-BLLG-25651665

NOTARY PUBLIC
WENDY NEFF
728023
MY COMMISSION EXPIRES
DECEMBER 14, 2026
STATE OF UTAH