# EXHIBIT B

# AFFIDAVIT OF SERVICE

P25707749

BINNALL LAW GROUP    SHAWNAY FAIRCLOTH
UNITED STATES DISTRICT OF UTAH
ALEXIS WILKINS

index No. 2:25-CV-00987-RJS-CMR
Date Filed
File No.
Court Date:

- vs -    PLAINTIFF

SAMUEL B. PARKER

DEFENDANT    AFFIDAVIT OF SERVICE

STATE OF Utah, COUNTY OF Washington :SS:

Ray Christensen, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of Utah.

On December 13, 2025 at 09:10 am,

at 473 E BRANDT CT APT 31 SALT LAKE CITY, UT 84107

deponent served the within **JURY DEMAND, SUMMONS AND COMPLAINT** on: **SAMUEL B. PARKER**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

____ #2 CORPORATION    By delivering a true copy of each personally to _____,

Deponent knew the person to be serve to be the (title) _____
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

____ #3 SUITABLE AGE PERSON    By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

____ #4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

____ #5 MAIL COPY    ~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

____ #6 DESCRIPTION (USE WITH #1, 2 OR 3)    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex:_____    Color:_____    Hair:_____
Age:_____    Height:_____    Weight:_____
OTHER IDENTIFYING FEATURES: _____

____ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

____ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that DEFENDANT ~~was not~~.

X #9 OTHER: No answer at the door, flyers posted on the door. Unit has been vacant for about six months per neighbor.

Sworn to before me this
15th day of December 2025

NOTARY NAME & DATE

NOTARY PUBLIC
WENDY NEFF
728023
MY COMMISSION EXPIRES
DECEMBER 14, 2026
STATE OF UTAH

Ray Christensen, A133021
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-BLLG-25707749