UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS,<br><br>   Plaintiff,<br><br>v.<br><br>SAMUEL B. PARKER,<br><br>   Defendant. | Case No.: 2:25-cv-987-RJS |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time for Defendant to Answer or Otherwise Respond, because both parties conferred and agreed, and because the Court finds good cause, it is hereby

**ORDERED** that Plaintiff's Unopposed Motion is **GRANTED**. Defendant shall answer or otherwise respond to the Complaint on or by March 18, 2026.

**SO ORDERED**.


Dated: _____

                    The Honorable Robert J. Shelby
                    United States District Judge