# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILKINS,<br><br>               Plaintiff,<br>v.<br><br><br>PARKER,<br><br>               Defendant. | **ORDER GRANTING MOTION TO EXTEND TIME**<br><br>Case No. 2:25-cv-00987-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Defendant's Unopposed Motion to Extend Time (Motion) (ECF 16) to Answer or otherwise respond to Plaintiff's Complaint (ECF 1), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendant shall have up to and including March 18, 2026, to Answer or otherwise respond to the Complaint.

DATED this 25 February 2026.

                                                                                                                                */s/ Cecilia M. Romero*
                                                           Magistrate Judge Cecilia M. Romero
                                                           United States District Court for the District of Utah