Ammon P. Clemens, Utah Bar # 18885
KEEN LAW OFFICES LLC
39 S 400 W
Orem, Utah 84058
Phone: 801-374-5336
Email: ammonc@keen.law

Jason C. Greaves, Limited Appearance
Peter J. Abernathy, Limited Appearance
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
        peter@binnall.com

*Counsel for Plaintiff Alexis Wilkins*

---

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS, <br><br> *Plaintiff,* <br><br> v. <br><br> SAMUEL B. PARKER, <br><br> *Defendant.* | **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** <br><br> Case No. 2:25-cv-987 <br><br> Hon. Robert J. Shelby |

Plaintiff Alexis Wilkins, by counsel, respectfully moves this Court for an extension of time for Defendant to answer or otherwise respond to the Complaint on or by April 20, 2026.

After meeting and conferring with Mr. Parker's counsel, who is barred in Idaho

and Washington, the parties agreed to a 30-day extension for responsive pleadings to allow additional time for Mr. Parker to secure local counsel in Utah. Good cause exists to grant this motion because both parties consent to the modified briefing schedule, and because the modified briefing schedule allows Defendant reasonable time to obtain counsel admitted in this Court.

For these reasons, the Parties respectfully request for this Court to grant the motion and set April 20, 2026, as the due date for the Defendant to answer or otherwise respond to the Complaint.

Dated: March 23, 2026

Respectfully submitted,

/s/ Jason C. Greaves
Jason C. Greaves, Limited Appearance
Peter Abernathy, Limited Appearance
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
peter@binnall.com

Ammon P. Clemens, Utah Bar # 18885
KEEN LAW OFFICES LLC
39 S 400 W
Orem, Utah 84058
Phone: 801-374-5336
Email: ammonc@keen.law

Counsel for Plaintiff Alexis Wilkins

2

## CERTIFICATE OF SERVICE

I certify that on March 23, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jason C. Greaves*
Jason Greaves, Limited Appearance

*Counsel for Plaintiff Alexis Wilkins*