# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

ALEXIS WILKINS,

      Plaintiff,

v.

SAMUEL B. PARKER,

      Defendant.

Case No.: 2:25-cv-987-RJS

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time for Defendant to Answer or Otherwise Respond, because both parties conferred and agreed, and because the Court finds good cause, it is hereby

**ORDERED** that Plaintiff's Unopposed Motion is **GRANTED**. Defendant shall answer or otherwise respond to the Complaint on or by April 20, 2026.

**SO ORDERED**.

Dated: _____

_____
The Honorable Robert J. Shelby
United States District Judge