## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WILKINS,<br><br>                    Plaintiff,<br><br>v.<br><br><br>PARKER,<br><br>                    Defendant. | **ORDER GRANTING MOTION TO EXTEND TIME**<br><br>Case No. 2:25-cv-00987-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Having considered Defendant's Second Unopposed Motion to Extend Time (Motion) (ECF 18) to Answer or otherwise respond to Plaintiff's Complaint (ECF 1), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendant shall have up to and including April 20, 2026, to Answer or otherwise respond to the Complaint.

DATED this 25 March 2026.


Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah