Anthony V. Rippa (Utah Bar No. 09594)
5095 Glendon Street
Murray UT 84123
Phone: (385) 775-8745
rippalaw@gmail.com

*Counsel for Defendant Samuel B. Parker*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| ALEXIS WILKINS | **NOTICE OF GENERAL APPEARANCE OF** |
| Plaintiff | **COUNSEL UNDER DUCivR 83-1.3** |
| v. | Case No. 2:25-CV-00987-RJS |
| SAMUEL B. PARKER | District Judge: Hon Robert J. Shelby |
| Defendant | Magistrate: Cecilia M. Romero |

---

I am admitted or otherwise authorized to practice in this court, and I hereby enter my general appearance in this case as counsel for Defendant Samuel B. Parker. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served on the undersigned.

DATED this 6th day of April 2026.

/s/ *Anthony V. Rippa*
Anthony V. Rippa
Counsel for Defendant Samuel B. Parker.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day of April 2026, the foregoing document was filed electronically through the District of Utah ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing, and was sent to the following via electronic mail:

Ammon Clemens Esq.
Counsel for Plaintiff Alexis Wilkins
133 West Northwood Lane, Ste. 203
Provo UT 84604
ammon.clemens@gmail.com

<u>/s/ *Anthony Rippa*</u>
Anthony Rippa
Counsel for Defendant Samuel B. Parker