Anthony V. Rippa (Utah Bar No. 09594)
5095 Glendon Street
Murray UT 84123
Phone: (385) 775-8745
rippalaw@gmail.com

*Counsel for Defendant Samuel B. Parker*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| ALEXIS WILKINS | **AMENDED NOTICE OF APPEARANCE OF** |
| Plaintiff | **COUNSEL UNDER DUCivR 83-1.3 – LIMITED** |
| | **NOTICE OF APPEARANCE** |
| v. | Case No. 2:25-CV-00987-RJS |
| SAMUEL B. PARKER | District Judge: Hon Robert J. Shelby |
| Defendant | Magistrate: Cecilia M. Romero |

---

This limited notice of appearance replaces and supersedes the prior notice of appearance.

I am admitted or otherwise authorized to practice in this court, and I hereby enter my appearance in this case as counsel for Defendant Samuel B. Parker for the limited purpose, per DUCivR 83-1.3(b), of "acting as counsel for a specific motion" and "any other purpose with leave of the court," to wit, assessing Fed. R. Civ. P. 12 objections prior to the date the answer is due, potentially filing a Rule 12 motion in lieu of an answer, and arguing the merits of same.

This notice of appearance is not an answer or a responsive pleading. No answer or responsive pleading has been filed, and Defendant reserves the right to assert jurisdictional defenses in the first "responsive pleading" or "motion" per Fed. R. Civ. P. 12, or in the answer.

By filing this notice Defendant is not actively litigating the merits of the case and does not consent to the jurisdiction of the court.

Defendant remains responsible for all matters, if any, not specifically described in the notice.

DATED this 6th day of April 2026.

/s/ *Anthony V. Rippa*
Anthony V. Rippa
*Counsel for Defendant Samuel B. Parker.*

/s/ *Samuel B. Parker*
Samuel B. Parker
*Defendant*

*Signed with permission of, and e-signature authorized via email by, Samuel B. Parker on April 6, 2026.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day of April 2026, the foregoing AMENDED NOTICE OF APPEARANCE OF COUNSEL UNDER DUCivR 83-1.3 – LIMITED NOTICE OF APPEARANCE OF COUNSEL was filed electronically via the District of Utah ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing, and was sent to the following via electronic mail:

Ammon Clemens Esq.
133 West Northwood Lane, Ste. 203
Provo UT 84604
ammon.clemens@gmail.com

*Counsel for Plaintiff Alexis Wilkins*

/s/ *Anthony Rippa*
Anthony Rippa
*Counsel for Defendant Samuel B. Parker*