Anthony V. Rippa (Utah Bar No. 09594)
5095 Glendon Street
Murray UT 84123
Phone: (385) 775-8745
rippalaw@gmail.com

*Counsel for Defendant Samuel B. Parker*

---

### UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

---

| | |
|---|---|
| ALEXIS WILKINS | **STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |
| Plaintiff, | |
| v. | Case No. 2:25-CV-00987-RJS |
| SAMUEL B. PARKER | District Judge: Hon Robert J. Shelby |
| Defendant. | Magistrate: Cecilia M. Romero |

---

COME NOW counsel for Defendant and counsel for Plaintiff, and hereby jointly and respectfully move the Court for an order extending the time for Defendant to file a reply to Plaintiff's memorandum in opposition to Defendant's motion to dismiss.

On April 17, 2026, Defendant filed the motion to dismiss.  On May 15, 2026, Plaintiff filed a memorandum in opposition thereto.  Defendant's reply is currently due by May 29, 2026, at midnight.

Counsel for Defendant (Anthony Rippa Esq.) and counsel for Plaintiff (Peter Abernathy Esq.) met and conferred on May 26, 2026, and mutually agreed on a 10-day extension of time for Defendant to file a reply.  The stipulated deadline is now Monday June 8, 2026, at midnight.

There is good cause to grant the motion because the parties discussed work and personal circumstances justifying the extension and thereafter stipulated to the extension, the extended timeframe within which to file the reply is short (10 days), and the case presents novel and complex legal issues that require further fact and law research preparatory to filing the reply.

For the foregoing reasons, the parties respectfully request that the Court grants the motion and orders that Defendant has until June 8, 2026, at midnight, within which to file a reply to Plaintiff's opposition to motion to dismiss.

DATED this 27th day of May 2026.

/s/ *Anthony V. Rippa*
Anthony V. Rippa
*Counsel for Defendant Samuel B. Parker.*

/s/ *Peter J. Abernathy*
Peter J. Abernathy
*Counsel for Plaintiff Alexis Wilkins*
E-signature authorized via email on May 27, 2026.

Approved as to form by Peter J. Abernathy on May 27, 2026.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of May 2026, the foregoing STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS was filed electronically via the District of Utah ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing, and was sent to the following via electronic mail:

Peter J. Abernathy Esq.
Jason C. Greaves Esq.
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
peter@binnall.com
jason@binnall.com

Ammon Clemens Esq.
133 West Northwood Lane, Ste. 203
Provo UT 84604
ammon.clemens@gmail.com

/s/ *Anthony Rippa*
Anthony Rippa
*Counsel for Defendant Samuel B. Parker*