UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS | **ORDER GRANTING MOTION TO EXTEND TIME** |
| Plaintiff, | Case No. 2:25-CV-00987-RJS |
| v. | District Judge: Hon Robert J. Shelby |
| SAMUEL B. PARKER | Magistrate: Cecilia M. Romero |
| Defendant. | |

The Court, having considered the parties' stipulated motion to extend time for Defendant to file a reply to Plaintiff's opposition to Defendant's motion to dismiss, and there being good cause to grant the motion, the Court hereby grants the motion and orders that Defendant has until June 8, 2026, at midnight within which to file a reply.

DATED this ___ day of _____, 2026.

_____
Magistrate Judge Cecilia M. Romero

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 27th day of May 2026, the foregoing PROPOSED ORDER ON STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS was filed electronically via the District of Utah ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing, and was sent to the following via electronic mail:

    Peter J. Abernathy Esq.
    Jason C. Greaves Esq.
    BINNALL LAW GROUP
    717 King Street, Suite 200
    Alexandria, Virginia 22314
    peter@binnall.com
    jason@binnall.com

    Ammon Clemens Esq.
    133 West Northwood Lane, Ste. 203
    Provo UT 84604
    ammon.clemens@gmail.com

                /s/ *Anthony Rippa*
                Anthony Rippa
                *Counsel for Defendant Samuel B. Parker*