UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVSION

| ALEXIS WILKINS | **ORDER GRANTING MOTION TO EXTEND TIME** |
|---|---|
| Plaintiff, | Case No. 2:25-CV-00987-RJS-CMR |
| v. | District Judge Robert J. Shelby |
| SAMUEL B. PARKER | Chief Magistrate Judge Cecilia M. Romero |
| Defendant. | |

Having considered the parties' stipulated motion to extend time (Motion) (ECF 24) for Defendant to file a reply in support of his motion to dismiss (ECF 22), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendant has until June 8, 2026, at midnight within which to file a reply.

DATED this 28 May 2026.

_Cecilia M. Romero_
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah