Anthony V. Rippa (Utah Bar No. 09594)
5095 Glendon Street
Murray UT 84123
Phone: (385) 775-8745
rippalaw@gmail.com

*Counsel for Defendant Samuel B. Parker*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| ALEXIS WILKINS | **REQUEST TO SUBMIT FOR DECISION** |
| Plaintiff, | |
| v. | Case No. 2:25-CV-00987-RJS |
| SAMUEL B. PARKER | District Judge: Hon Robert J. Shelby |
| Defendant. | Magistrate: Cecilia M. Romero |

---

COMES NOW Defendant, by and through counsel, and pursuant to DUCivR 7-3 hereby submits for decision Defendant's motion to dismiss which was filed on April 17, 2026. Plaintiff filed a response in opposition thereto on May 15, 2026. Defendant filed a reply on May 29, 2026. The parties did not request a hearing.

DATED this 22nd day of June 2026.

/s/ *Anthony V. Rippa*
Anthony V. Rippa
*Counsel for Defendant Samuel B. Parker.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2026, the foregoing REQUEST TO SUBMIT FOR DECISION was filed electronically via the District of Utah ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing, and was sent to the following via electronic mail:

Peter J. Abernathy Esq.
Jason C. Greaves Esq.
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
peter@binnall.com
jason@binnall.com

Ammon Clemens Esq.
133 West Northwood Lane, Ste. 203
Provo UT 84604
ammon.clemens@gmail.com


/s/ *Anthony Rippa*
Anthony Rippa
*Counsel for Defendant Samuel B. Parker*