Ammon P. Clemens, Utah Bar # 1885
133 W Northwood Ln, Unit 203
Provo, Utah 84604
Phone: (270) 871-8167
Email: ammon.clemens@gmail.com
Local Counsel

Jason C. Greaves, Limited Appearance
Jared J. Roberts, *pro hac vice forthcoming*
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff Alexis Wilkins*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMUEL B. PARKER,<br><br>*Defendant.* | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No.: 2:25-cv-987-RJS<br><br>District Judge: Hon. Robert J. Shelby<br><br>Magistrate: Hon. Cecilia M. Romero |

I move for the pro hac vice admission of Jared J. Roberts as counsel for Plaintiff, Alexis Wilkins, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 12th day of August, 2026.

*/s/ Ammon P. Clemens*
Ammon P. Clemens, Utah Bar # 1885
133 W Northwood Ln, Unit 203
Provo, Utah 84604
Phone: (270) 871-8167
Email: ammon.clemens@gmail.com

*Counsel for Plaintiff Alexis Wilkins*

**CERTIFICATE OF SERVICE**

I certify that on August 12, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Ammon P. Clemens*
Ammon P. Clemens, Utah Bar # 18885

*Counsel for Plaintiff Alexis Wilkins*