# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

Local Counsel: Ammon P. Clemens, Utah Bar # 18885
Firm:
Address: 133 W Northwood Ln, Unit 203
Provo, Utah 84604

Telephone: (270) 871-8167
Email: ammon.clemens@gmail.com

Pro Hac Vice Applicant: Jared J. Roberts
Firm: Binnall Law Group, PLLC
Address: 717 King Street, Ste 200
Alexandria, Virginia 22314

Telephone: (703) 888-1943
Email: jared@binnall.com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Please see attached list. | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

N/A

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

Jared Robert (signature)
Signature

August 12, 2026
Date

# Jared J. Roberts

Virginia State Bar – 10/15/21

Florida State Bar – 5/18/22

| U.S. Court | Bar No. | Admission Date |
|---|---|---|
| 9th Circuit, U.S. Court of Appeals | | 09/10/2024 |
| 11th Circuit, U.S. Court of Appeals | | 10/17/2022 |
| U.S. District Court for the District of Columbia | FL00153 | 07/07/2025 |
| U.S. District Court for the Eastern District of Virginia | VA 97192 | 04/12/2022 |
| U.S. District Court for the Western District of Virginia | VA 97192 | 05/25/2022 |
| U.S. District Court for the Northern District of Florida | FL 1036550 | 12/8/22 |
| U.S. District Court for the Middle District of Florida | FL 1036550 | 05/27/2022 |
| U.S. District Court for the Southern District of Florida | FL 1036550 | 08/16/2022 |
| Virginia State Courts | VA 97192 | 10/15/2021 |
| Florida State Courts | FL 1036550 | 05/18/2022 |