Ammon P. Clemens, Utah Bar # 1885
133 W Northwood Ln, Unit 203
Provo, Utah 84604
Phone: (270) 871-8167
Email: ammon.clemens@gmail.com
Local Counsel

Jason C. Greaves, Limited Appearance
Jared J. Roberts, *pro hac vice forthcoming*
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
jared@binnall.com
*Counsel for Plaintiff Alexis Wilkins*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMUEL B. PARKER,<br><br>*Defendant.* | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No.: 2:25-cv-987-RJS<br><br>District Judge: Hon. Robert J. Shelby<br><br>Magistrate: Hon. Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jared J. Roberts. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is Granted.

DATED this ________ day of ____________________, 2026.

**BY THE COURT:**

______________________________
Hon. Cecilia M. Romero