UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEXIS WILKINS,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMUEL B. PARKER,<br><br>*Defendant*. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No.: 2:25-cv-987-RJS -CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Jared J. Roberts (Motion) (ECF 29). Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

DATED this 13 August 2026.

Cecilia M. Romero
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah