IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS WILKINS,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL B. PARKER,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>2:25-cv-00987<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

It is ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendant.

SO ORDERED this 17th day of August, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge